May 30, 2013.



# JUDGMENT

# The Fourteenth Court of Appeals

JACQUELYN A. HINOJOSA, Appellant

NO. 14-13-00163-CV                                  V.

TEXAS WINDMILL APARTMENTS, LP D/B/A ROYAL OAKS OF
PEARLAND and NEWPORT ASSET MANAGEMENT, INC., Appellees

_____

Today the Court heard appellant's agreed motion to dismiss the appeal from the judgment signed by the court below on February 1, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that each party shall pay its costs by reason of this appeal.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.